LISA GREER QUATEMAN, ESQ. (State Bar No. 84582)
lquateman@quateman.com
RYAN D. SABA, ESQ.  (State Bar No. 192370)
rsaba@quateman.com
**QUATEMAN LLP**
1801 Century Park East, Suite 1801
Los Angeles, California 90067
Telephone:  (310) 556-1801
Facsimile:   (310) 556-1802

Attorneys for Defendant
Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LOCKE, as an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, WASHINGTON MUTUAL BANK,<br><br>　　　　Defendants. | Case No.: CV-10-0476 RGK (SSx)<br>*Honorable R. Gary Klausner*<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK** |

///
///
///
///

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

On June 11, 2010, the Honorable R. Gary Klausner of the above entitled Court granted the motion to dismiss in favor of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, in the above entitled action.

IT IS ORDERED AND ADJUDGED that the Plaintiff James Locke take nothing, that this action be dismissed on its merits against the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, and that the Federal Deposition Insurance Corporation, as Receiver for Washington Mutual Bank recover its costs, **UPON APPLICATION TO THE CLERK OF COURT**.

Dated: June 30, 2010

_____
Honorable R. Gary Klausner